```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────

S R HOSPITALITY LLC, ET AL.,

                Plaintiffs,

-v-

MT HAWLEY INSURANCE CO.,

                Defendant.

**ORDER**

23-CV-10258 (VSB) (HJR)

[rel. 23cv8148 (VSB) (HJR)]

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated October 14, 2025, this case was referred to a magistrate judge for general pretrial supervision and specific dispositive motions. ECF No. 70. Two of the specific motions referred to the undersigned are discovery disputes briefed by the parties at ECF Nos. 58 and 68.

The discovery disputes filed in this action will be addressed at the already-scheduled conference scheduled on **October 29, 2025, at 11:00 a.m.** by telephone. *See S R Hospitality LLC, et al. v. Mt Hawley Insurance Co.*, No. 23-cv-8148, ECF No. 73. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 767 549 968#).

**SO ORDERED.**

Dated: October 20, 2025
      New York, New York

                                      _____
                                      Henry J. Ricardo
                                      United States Magistrate Judge